HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ROBERT C. CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      vs.<br><br>ROBERT C. CHAVEZ,<br><br>      Defendant. | Case No. 2:15-CR-0119 KJM<br><br>**STIPULATION AND ORDER (PROPOSED) TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date:   February 19, 2016<br>Time:   9:00 a.m.<br>Judge:  Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Robert C. Chavez, and plaintiff, United States of America, that the status conference scheduled for February 19, 2016, may be continued to March 4, 2016, at 9:00 a.m.

Defense counsel seeks time to review discovery materials with Mr. Chavez; to complete defense investigation, which involves interviews of multiple witnesses; to discuss his findings with counsel for the government; and to consider and propose possible resolutions.

1  Accordingly, the parties ask to continue the status
2  conference to March 4, 2016, at 9:00 a.m., and ask that the
3  Court order time under the Speedy Trial Act excluded through
4  that date pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), in
5  order to afford the parties adequate time for effective
6  preparation and to assure continuity of counsel.  The parties
7  agree that the interests of justice to be served by a
8  continuance outweigh the best interests of Mr. Chavez and the
9  public in a speedy trial.

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated:  February 17, 2016    /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for ROBERT C. CHAVEZ


                                    BENJAMIN WAGNER
                                    United States Attorney

Dated:  February 17, 2016    /s/ T. Zindel for B. Fogerty
                                    BRIAN FOGERTY
                                    Assistant U.S. Attorney

/////
/////
/////
/////
/////
/////
/////
/////

**O R D E R**

The status conference is continued to March 4, 2016, at 9:00 a.m.  The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  Time is therefore excluded from the date of this order through March 4, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  February 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge