HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ROBERT C. CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　　vs.<br><br>ROBERT C. CHAVEZ,<br><br>　　　　Defendant. | Case No. 2:15-CR-0119 KJM<br><br>**STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:　　March 4, 2016<br>Time:　　9:00 a.m.<br>Judge:　Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Robert C. Chavez, and plaintiff, United States of America, that the status conference scheduled for March 4, 2016, may be continued to April 22, 2016, at 9:00 a.m.

Defense counsel seeks additional time to review discovery materials with Mr. Chavez; to complete defense investigation, which involves interviews of multiple witnesses; to discuss his findings with counsel for the government; and to consider and propose possible resolutions.

-1-

1     Accordingly, the parties agree that time under the Speedy

2  Trial Act should be excluded from the date of this order through

3  April 22, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

4  (b)(iv), to afford the parties adequate time for effective

5  preparation and to assure continuity of counsel.  The parties

6  agree that the interests of justice served by a continuance

7  outweigh the best interests of Mr. Chavez and the public in a

8  speedy trial.

9

10                                    Respectfully submitted,

11                                    HEATHER E. WILLIAMS
                                      Federal Defender
12

13  Dated:  March 2, 2016             /s/ T. Zindel
                                      TIMOTHY ZINDEL
14                                    Assistant Federal Defender
                                      Attorney for ROBERT C. CHAVEZ
15

16                                    BENJAMIN WAGNER
                                      United States Attorney
17

18  Dated:  March 2, 2016             /s/ T. Zindel for B. Fogerty
                                      BRIAN FOGERTY
19                                    Assistant U.S. Attorney

20  /////

21  /////

22  /////

23  /////

24  /////

25  /////

26  /////

27  /////

28  /////

**O R D E R**

The status conference scheduled for March 4 is continued to April 22, 2016, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Chavez in a speedy trial.  Time is therefore excluded from the date of this order through April 22, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  March 3, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge