HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ROBERT C. CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0119 GEB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| ROBERT C. CHAVEZ, | |
| Defendant. | Date:   April 22, 2016<br>Time:   9:00 a.m.<br>Judge:  Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Robert C. Chavez, and plaintiff, United States of America, that the status conference scheduled for April 22, 2016, may be continued to June 17, 2016, at 9:00 a.m.

Defense counsel seeks additional time to review discovery materials with Mr. Chavez; to complete defense investigation, which involves interviews of multiple witnesses; to discuss his findings with counsel for the government; and to consider and propose possible resolutions.

-1-

1  Accordingly, the parties agree that time under the Speedy
2  Trial Act should be excluded from the date of this order through
3  June 17, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
4  (b)(iv), to afford the parties adequate time for effective
5  preparation and to assure continuity of counsel.  The parties
6  agree that the interests of justice served by a continuance
7  outweigh the best interests of Mr. Chavez and the public in a
8  speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  April 20, 2016        /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for ROBERT C. CHAVEZ

                              BENJAMIN WAGNER
                              United States Attorney

Dated:  April 20, 2016        /s/ T. Zindel for B. Fogerty
                              BRIAN FOGERTY
                              Assistant U.S. Attorney

/////
/////
/////
/////
/////
/////
/////
/////
/////

<mark>/</mark>

**O R D E R**

The status conference scheduled for April 22 is continued to June 17, 2016, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Chavez in a speedy trial.  Time is therefore excluded from the date of this order through June 17, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  April 21, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge