```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorney for Defendant
ROBERT C. CHAVEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>         vs.<br><br>ROBERT C. CHAVEZ,<br><br>  Defendant. | Case No. 2:15-CR-0119 KJM<br><br>**STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:   June 17, 2016<br>Time:   9:00 a.m.<br>Judge:  Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Robert C. Chavez, and plaintiff, United States of America, that the status conference scheduled for June 17, 2016, may be continued to August 19, 2016, at 9:00 a.m.

The parties have met to discuss their differences and have tentatively identified a means of resolving the case.  However, the defense background investigation is ongoing and will likely affect the resolution ultimately reached by the parties, particularly as to length of any proposed sentence.  Additional time is needed to complete the investigation, to consider its

-1-

effect on the parties' discussions, and to finalize the proposed resolution.

Accordingly, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through August 19, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford the parties adequate time for effective preparation and to assure continuity of counsel. The parties agree that the interests of justice served by a continuance outweigh the best interests of Mr. Chavez and the public in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  June 15, 2016        /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for ROBERT C. CHAVEZ


                             BENJAMIN WAGNER
                             United States Attorney

Dated:  June 15, 2016        /s/ T. Zindel for B. Fogerty
                             BRIAN FOGERTY
                             Assistant U.S. Attorney

/////
/////
/////
/////
/////
/////
/////

**O R D E R**

The status conference scheduled for June 17 is continued to August 19, 2016, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Chavez in a speedy trial.  Time is therefore excluded from the date of this order through August 19, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated:  June 16, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge