HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA   95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ROBERT C. CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:15-CR-0119 GEB |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER (PROPOSED)** |
| vs. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| ROBERT C. CHAVEZ, | ) |
| Defendant. | ) Date:   August 19, 2016 |
| | ) Time:   9:00 a.m. |
| | ) Judge:  Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant, Robert C. Chavez, and plaintiff, United States of America, that the status conference scheduled for August 19, 2016, may be continued to September 23, 2016, at 9:00 a.m.

The government tendered an offer that may lead to a resolution of the case, but defense counsel seeks time to review the proposal with Mr. Chavez and to review and share the results of defense background investigation, which may affect the ultimate resolution. The parties therefore agree that time under the Speedy Trial Act should be excluded from the date of

1 | this order through September 23, 2016, pursuant to 18 U.S.C. §
2 | 3161(h)(7)(A) and (b)(iv), to afford them adequate time for
3 | effective preparation.  They agree that the interests of justice
4 | served by a continuance outweigh the best interests of Mr.
5 | Chavez and the public in a speedy trial.

6 |                                    Respectfully submitted,

7 |                                    HEATHER E. WILLIAMS
  |                                    Federal Defender
8 |

9 | Dated:  August 17, 2016           /s/ T. Zindel
  |                                    TIMOTHY ZINDEL
10|                                    Assistant Federal Defender
  |                                    Attorney for ROBERT C. CHAVEZ
11|

12|                                    PHILLIP A. TALBERT
  |                                    Acting United States Attorney
13|

14| Dated:  August 17, 2016           /s/ T. Zindel for B. Fogerty
  |                                    BRIAN FOGERTY
15|                                    Assistant U.S. Attorney

16|

17| /////
18| /////
19| /////
20| /////
21| /////
22| /////
23| /////
24| /////
25| /////
26| /////
27| /////
28| /////

-2-

**O R D E R**

The status conference scheduled for August 19 is continued to September 23, 2016, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Chavez in a speedy trial.  Time is therefore excluded from the date of this order through September 23, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  August 18, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge