HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ROBERT C. CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-0119 GEB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER (PROPOSED) CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| ROBERT C. CHAVEZ, | |
| Defendant. | Date:  September 23, 2016<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

    It is hereby stipulated and agreed between defendant, Robert C. Chavez, and plaintiff, United States of America, that the status conference scheduled for September 23, 2016, may be continued to November 4, 2016, at 9:00 a.m.

    The government tendered an offer that may lead to a resolution of the case, but defense counsel seeks additional time to review the proposal with Mr. Chavez and to review and share the results of defense background investigation, which may affect the ultimate resolution.  The parties therefore agree that time under the Speedy Trial Act should be excluded from the

-1-

1  date of this order through November 4, 2016, pursuant to 18
2  U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford them adequate time
3  for effective preparation.  They agree that the interests of
4  justice served by a continuance outweigh the best interests of
5  Mr. Chavez and the public in a speedy trial.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

10 Dated:  September 22, 2016    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ROBERT C. CHAVEZ


                                        PHILLIP A. TALBERT
                                        Acting United States Attorney

15 Dated:  September 22, 2016    /s/ T. Zindel for B. Fogerty
                                        BRIAN FOGERTY
                                        Assistant U.S. Attorney


18 /////
19 /////
20 /////
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**O R D E R**

The status conference scheduled for September 23 is continued to November 4, 2016, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Chavez in a speedy trial.  Time is therefore excluded from the date of this order through November 4, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  September 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge