1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy_zindel@fd.org
5

6  Attorney for Defendant
   ROBERT C. CHAVEZ
7

8
                IN THE UNITED STATES DISTRICT COURT
9
             FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,   ) Case No. 2:15-CR-0119 GEB
                               )
13        Plaintiff,           )
                               ) **STIPULATION AND ORDER (PROPOSED)**
14               vs.           ) **CONTINUING STATUS CONFERENCE**
                               ) **AND EXCLUDING TIME**
15 ROBERT C. CHAVEZ,           )
                               )
16        Defendant.           ) Date:   November 4, 2016
                               ) Time:   9:00 a.m.
17 _____    ) Judge:  Hon. Garland E. Burrell, Jr.

18

19      It is hereby stipulated and agreed between defendant,

20 Robert C. Chavez, and plaintiff, United States of America, that

21 the status conference scheduled for November 4, 2016, may be

22 continued to December 16, 2016, at 9:00 a.m.

23      The government tendered an offer that may lead to a

24 resolution of the case, but defense counsel seeks additional

25 time to review the proposal with Mr. Chavez and to review and

26 share the results of defense background investigation, which may

27 affect the ultimate resolution.  The parties therefore agree

28 that time under the Speedy Trial Act should be excluded from the

                              -1-

1   date of this order through December 16, 2016, pursuant to 18
2   U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford them adequate time
3   for effective preparation.  They agree that the interests of
4   justice served by a continuance outweigh the best interests of
5   Mr. Chavez and the public in a speedy trial.

6

7                                  Respectfully submitted,

8                                  HEATHER E. WILLIAMS
                                   Federal Defender
9

10  Dated:  November 1, 2016       /s/ T. Zindel
                                   TIMOTHY ZINDEL
11                                 Assistant Federal Defender
                                   Attorney for ROBERT C. CHAVEZ
12

13                                 PHILLIP A. TALBERT
                                   Acting United States Attorney
14

15  Dated:  November 1, 2016       /s/ T. Zindel for B. Fogerty
                                   BRIAN FOGERTY
16                                 Assistant U.S. Attorney

17

18  /////

19  /////

20  /////

21  /////

22  /////

23  /////

24  /////

25  /////

26  /////

27  /////

28  /////

**O R D E R**

The status conference scheduled for November 4 is continued to December 16, 2016, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Chavez in a speedy trial.  Time is therefore excluded from the date of this order through December 16, 2016, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  November 2, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge