1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   TIMOTHY ZINDEL, #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax 916-498-5710
    timothy_zindel@fd.org
5

6   Attorney for Defendant
    ROBERT C. CHAVEZ
7

8
                IN THE UNITED STATES DISTRICT COURT
9
               FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,    ) Case No. 2:15-CR-0119 GEB
                                 )
13          Plaintiff,           )
                                 ) **STIPULATION AND ORDER (PROPOSED)**
14              vs.              ) **CONTINUING STATUS CONFERENCE**
                                 ) **AND EXCLUDING TIME**
15  ROBERT C. CHAVEZ,            )
                                 )
16          Defendant.           ) Date:    December 16, 2016
                                 ) Time:    9:00 a.m.
17  _____) Judge:  Hon. Garland E. Burrell, Jr.

18

19       It is hereby stipulated and agreed between defendant,

20  Robert C. Chavez, and plaintiff, United States of America, that

21  the status conference scheduled for December 16, 2016, may be

22  continued to January 27, 2017, at 9:00 a.m.

23       The government tendered an offer that will likely lead to

24  resolution of the case, but defense counsel seeks additional

25  time to review the proposal with Mr. Chavez and to review and

26  share the results of defense background investigation, which may

27  affect terms of the ultimate resolution.  The parties therefore

28  agree that time under the Speedy Trial Act should be excluded

                              -1-

1  from the date of this order through January 27, 2017, pursuant

2  to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to afford them

3  adequate time for effective preparation.  They agree that the

4  interests of justice served by a continuance outweigh the best

5  interests of Mr. Chavez and the public in a speedy trial.

6

7                              Respectfully submitted,

8                              HEATHER E. WILLIAMS
                               Federal Defender
9

10 Dated:   December 14, 2016    /s/ T. Zindel
                                 TIMOTHY ZINDEL
11                               Assistant Federal Defender
                                 Attorney for ROBERT C. CHAVEZ
12

13                               PHILLIP A. TALBERT
                                 United States Attorney
14

15 Dated:   December 14, 2016    /s/ T. Zindel for B. Fogerty
                                 BRIAN FOGERTY
16                               Assistant U.S. Attorney

17

18 /////

19 /////

20 /////

21 /////

22 /////

23 /////

24 /////

25 /////

26 /////

27 /////

28 /////

**O R D E R**

The status conference scheduled for December 16 is continued to January 27, 2017, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Chavez in a speedy trial.  Time is therefore excluded from the date of this order through January 27, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  December 15, 2016

_____

GARLAND E. BURRELL, JR.
Senior United States District Judge