1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy_zindel@fd.org
5

6  Attorney for Defendant
   ROBERT C. CHAVEZ
7

8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,    ) Case No. 2:15-CR-0119 GEB
                                )
13         Plaintiff,           )
                                ) **STIPULATION AND ORDER (AMENDED)**
14             vs.              ) **CONTINUING STATUS CONFERENCE**
                                ) **AND EXCLUDING TIME**
15 ROBERT C. CHAVEZ,            )
                                )
16         Defendant.           ) Date:   January 27, 2017
                                ) Time:   9:00 a.m.
17 _____) Judge:  Hon. Garland E. Burrell, Jr.

18

19      It is hereby stipulated and agreed between defendant,

20 Robert C. Chavez, and plaintiff, United States of America, that

21 the status conference scheduled for January 27, 2017, may be

22 continued to March 3, 2017, at 9:00 a.m.

23      The government tendered an offer that will lead to

24 resolution of the case, but defense counsel needs additional

25 information in mitigation to present to the government.  That

26 information may affect terms of the final resolution.  The

27 parties therefore agree that time under the Speedy Trial Act

28 should be excluded from the date of this order through March 3,

-1-

1   2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to

2   afford the defense adequate time to investigate and to

3   effectively prepare.  They agree that the interests of justice

4   served by a continuance outweigh the best interests of Mr.

5   Chavez and the public in a speedy trial.

6

7                                   Respectfully submitted,

8                                   HEATHER E. WILLIAMS
                                    Federal Defender
9

10  Dated:  January 26, 2017        /s/ T. Zindel
                                    TIMOTHY ZINDEL
11                                  Assistant Federal Defender
                                    Attorney for ROBERT C. CHAVEZ
12

13                                  PHILLIP A. TALBERT
                                    United States Attorney
14

15  Dated:  January 26, 2017        /s/ T. Zindel for B. Fogerty
                                    BRIAN FOGERTY
16                                  Assistant U.S. Attorney

17

18  /////

19  /////

20  /////

21  /////

22  /////

23  /////

24  /////

25  /////

26  /////

27  /////

28  /////

**O R D E R**

The status conference scheduled for January 27 is continued to March 3, 2017, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Chavez in a speedy trial.  Time is therefore excluded from the date of this order through March 3, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  January 26, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge