PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-119 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| v. | |
| ROBERT CHARLES CHAVEZ, | COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Robert Chavez, through counsel Timothy Zindel, hereby submit additional facts to support the Court's order of January 27, 2017 (ECF No. 40), and further stipulate and agree that, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the time between the January 27, 2017, and the newly set March 3, 2017, status conference should be excluded from the computation of time in which trial must commence, to allow for defense investigation and trial preparation.

On January 26, 2017, defense counsel filed a stipulation and proposed order, requesting that the Court vacate the January 27, 2017, status conference, and reset the matter for a status conference on March 3, 2017, with an exclusion of time under the Speedy Trial Act.  ECF No. 39.  The Court adopted the stipulation, and entered the proposed order on January 27, 2017.  ECF No. 40.

To supplement the record in support of the exclusion of time set forth in the Court's January 27, 2017, order (ECF No. 40), the parties stipulate and agree that in addition to conducting an investigation

1  regarding facts and circumstances that may affect a potential resolution by plea agreement, defense
2  counsel's investigation is also relevant to defense counsel's trial preparation should this case proceed to
3  trial.  Without the continued background investigation, defense counsel is not able to evaluate the
4  proposed plea agreement or effectively prepare for trial.

5  Based on the foregoing facts, the parties agree that the interests of justice served by continuing
6  the case to March 3, 2017, and excluding the intervening time under the Speedy Trial Act, outweighs the
7  best interest of the public and the defendant in a speedy trial.  The parties request that the Court adopt
8  the facts set forth herein and those submitted in support of its previous order (ECF Np. 40) and order
9  time excluded between January 27, 2017, and March 3, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
10 (B)(iv), and Local Code T-4, to allow defense counsel to investigate and prepare for trial.

11 Dated:  January 30, 2017                           PHILLIP A. TALBERT
                                                      United States Attorney
12

13                                              By:   /s/ BRIAN A. FOGERTY
                                                      BRIAN A. FOGERTY
14                                                    Assistant United States Attorney

15
   Dated:  January 30, 2017                           /s/ TIMOTHY ZINDEL
16                                                    TIMOTHY ZINDEL
                                                      Attorney for Robert Chavez
17

18

19

20                                              **ORDER**

21
        The Court, having received, read, and considered the parties' stipulation, and good cause
22
   appearing therefrom, adopts the parties' stipulation in its entirety as its order.  It specifically finds that
23
   based on the facts set forth therein, the failure to grant a continuance and exclude the time between
24
   January 27, 2017, and March 3, 2017, would deny counsel reasonable time necessary for effective
25
   preparation, taking into account the exercise of due diligence.  The Court further finds the ends of justice
26
   are served by the continuance and outweigh the best interests of the public and the defendant in a speedy
27
   trial.  Time from January 27, 2017, to and including March 3, 2017, is excluded from the computation of
28

1  time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18
2  U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.
3        IT IS SO ORDERED.
4  Dated:  February 6, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge