HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
ROBERT C. CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:15-CR-0119 GEB |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER (AMENDED)** |
| vs. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| ROBERT C. CHAVEZ, | ) |
| Defendant. | ) Date:   January 27, 2017 |
| | ) Time:   9:00 a.m. |
| _____ | ) Judge:  Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between defendant,

Robert C. Chavez, and plaintiff, United States of America, that

the status conference scheduled for March 3, 2017, may be

continued to April 7, 2017, at 9:00 a.m.

Defense counsel continues to gather additional information

in mitigation to present to the government but has been delayed

by the unavailability of a key witness.  That information bears

on potential trial preparation by both parties as well as the

resolution that has been proposed.  Without completing the

investigation, defense counsel is unable to evaluate the

1    proposed resolution or prepare effectively for trial.  The

2    parties therefore agree that time under the Speedy Trial Act

3    should be excluded from the date of this order through April 7,

4    2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (b)(iv), to

5    afford the defense adequate time to investigate and to

6    effectively prepare.  They agree that the interests of justice

7    served by a continuance outweigh the best interests of Mr.

8    Chavez and the public in a speedy trial.

9

10                                   Respectfully submitted,

11                                   HEATHER E. WILLIAMS
                                     Federal Defender
12

13   Dated:  March 2, 2017           /s/ T. Zindel
                                     TIMOTHY ZINDEL
14                                   Assistant Federal Defender
                                     Attorney for ROBERT C. CHAVEZ
15

16                                   PHILLIP A. TALBERT
                                     United States Attorney
17

18   Dated:  March 2, 2017           /s/ T. Zindel for B. Fogerty
                                     BRIAN FOGERTY
19                                   Assistant U.S. Attorney

20

21   /////

22   /////

23   /////

24   /////

25   /////

26   /////

27   /////

28   /////

**O R D E R**

The status conference scheduled for March 3 is continued to April 7, 2017, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Chavez in a speedy trial.  Time is therefore excluded from the date of this order through April 7, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  March 2, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge