PHILLIP A. TALBERT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0119 GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| ROBERT CHARLES CHAVEZ, | DATE: April 7, 2017 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

   The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Robert Charles Chavez, by and through Assistant Federal Defender Timothy Zindel, hereby agree and stipulate as follows:

   1.   On March 3, 2017, the Court set this case for a status conference on April 7, 2017. ECF No. 44. To date, the government has produced more than 300 pages of discovery, including documentary evidence and recordings. The government has also made available for inspection electronic devices that must be reviewed at a law enforcement facility. Defense counsel is conducting additional investigation, including interviewing witnesses, at least one of whom has been unavailable for several weeks. Defense counsel is also currently preparing for a four to six week trial in the matter of *United States v. Helaman Hansen*, 2:16-cr-24-MCE, which begins on April 17, 2017. Defense counsel seeks time to review the materials, and continue the defense investigation. The investigation is necessary for effective preparation for trial.

STIPULATION AND [PROPOSED] ORDER

1

2. Counsel for the government and defendant have conferred and respectfully request that the Court vacate the April 7, 2017, status conference, and set the case for a status conference on July 28, 2017, at 9:00 a.m.  The parties agree that the interests of justice served by continuing the case to July 28, 2017, and excluding the intervening time under the Speedy Trial Act, outweighs the best interest of the public and the defendant in a speedy trial.  The parties request that the Court order time excluded from April 7, 2017, through July 28, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(vi), and Local Code T-4, to allow defense counsel to investigate and prepare for trial.

Dated:  April 4, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated:  April 4, 2017

/s/ TIMOTHY ZINDEL
TIMOTHY ZINDEL
Counsel for Defendant
Robert Charles Chavez

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  It specifically finds that the failure to grant a continuance and exclude the time between April 7, 2017, and July 28, 2017, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds the ends of justice are served by the continuance and outweigh the best interests of the public and the defendant in a speedy trial.  Time from April 7, 2017, to and including July 28, 2017, is excluded from the computation of time within which the trial of this case

must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

      IT IS SO ORDERED.

Dated:  April 5, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge