UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT CHAVEZ,<br><br>    Defendant. | No. 2:15-cr-119-GEB<br><br>**JUDICIAL COMMUNICATION CONCERNING DR. LIN'S PSYCHOLOGICAL EVALUATION** |

    This morning at 8:13 a.m. the undersigned sent the following email communication to the assigned probation officer concerning "Dr. Lin's evaluation of Chavez in 15cr119": "Please file the evaluation as an addendum to the PSR, and state it is being filed per District Judge directive unless it is already filed. I haven't found it." At approximately 9:00 a.m. the undersigned telephoned the probation officer, asking about Dr. Lin's psychological evaluation of the Defendant. The Probation Officer told the undersigned that she is unsure whether she read the report or just a summary of it, and that the practice of the Probation Department is not to keep such reports. The undersigned said the report is mentioned in the justification section of the Presentence Sentence Report ("PSR") on page 17. The referenced report has not yet been made an addendum to the PSR.

    Dated: August 15, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1