McGREGOR W. SCOTT
United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00119-MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING RESTITUTION |
| v. | |
| ROBERT CHAVEZ, | DATE: July 2, 2020<br>TIME: 10 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

The United States of America, by and through Assistant United States Attorney Mira Chernick, and defendant Robert Chavez, by and through his counsel Timothy Zindel, respectfully request that the Court order that defendant Robert Chavez pay restitution in the amount of $3,000 for the following reasons:

1. The Court sentenced Chavez on November 15, 2019, but did not order restitution at the time of sentencing. Instead, the matter of restitution was set to be determined at a later restitution hearing originally scheduled for January 17, 2020. ECF No. 82.

2. Through a series of orders, the restitution hearing was continued to July 2, 2020. ECF Nos. 87, 88, 89, 90, 94.

3. By agreement of the parties, the restitution hearing was vacated in favor of resolution by stipulation.

4. Since the sentencing hearing, the United States has been working with counsel for Juvenile Victim 1 to obtain information pertinent to restitution. The parties have also

STIPULATION AND ORDER REGARDING RESTITUTION      1

conferred regarding the proper restitution amount in this case. Pursuant to those discussions, the parties hereby stipulate and agree that defendant Chavez shall be liable for restitution in the amount of $3,000, made payable to Juvenile Victim 1 (whose information will be submitted in a separate filing under 18 U.S.C. § 3509(d)(2) to the Court, so that restitution may be paid out to him/her).

5. The parties also agree that the amount of restitution set forth in this Stipulation is supported by a preponderance of the evidence.

6. Defendant Chavez further agrees to pay restitution as set forth herein.

7. Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California. Pursuant to 18 U.S.C. § 3664(k), the defendant also understands that he must notify the Court and the Attorney General of any material change in his economic circumstances that might affect his ability to pay restitution.

8. The parties further agree that payment of restitution during Defendant's imprisonment should be through the Bureau of Prisons Inmate Financial Responsibility Program.

IT IS SO STIPULATED.

Dated: July 14, 2020   McGREGOR W. SCOTT
United States Attorney

By: /s/ MIRA CHERNICK
MIRA CHERNICK
Assistant United States Attorney

Dated: July 14, 2020

By: /s/ TIMOTHY ZINDEL
TIMOTHY ZINDEL
Attorney for Defendant Robert Chavez

STIPULATION AND ORDER REGARDING RESTITUTION            2

**ORDER**

The Court has reviewed the Stipulation of the parties for an order holding defendant Robert Chavez liable for restitution in the amount of $3,000. Based on that stipulation and the defendant's obligation to pay restitution pursuant to 18 U.S.C. § 3663, the Court finds good cause to enter an order holding Robert Chavez liable for restitution in the amount of $3,000. The defendant shall pay restitution in the amount of $3,000.

Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California. Payment of restitution during the defendant's imprisonment shall be made through the Bureau of Prisons Inmate Financial Responsibility Program.

Pursuant to 18 U.S.C. § 3664(k), the defendant must notify the Court and the Attorney General of any material change in his economic circumstances that might affect his ability to pay restitution.

The United States shall provide the Court within 14 days of this Order a filing under 18 U.S.C. § 3509(d)(2) with Juvenile Victim 1's information so that restitution may be paid out to him/her.

**IT IS SO ORDERED.**

Dated:  July 17, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE